UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:17-CV-99-EBA

EVERAGE REAL ESTATE, INC., *and*
MARY JOE BUNDY EVERAGE,                                                                                       PLAINTIFFS,

V.                                                  **JUDGMENT**

UNITED STATES OF AMERICA,                                                                           DEFENDANT.

*** *** *** ***

In accordance with this Court's opinion entered on May 10, 2018, this Court **ORDERS** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE** and this matter is **STRICKEN** from the Court's active docket.

This the 11th day of May, 2018.

Signed By:
Edward B. Atkins    *EBA*
United States Magistrate Judge

1